# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD M. HULTMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.,<br><br>　　　　　Defendant. | 8:14CV338<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice (Filing No. 14). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal with Prejudice (Filing No. 14) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 1st day of April, 2015

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge